IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | CR. NO. 13-00132-CG |
| | ) | |
| YOSHA D. POPULUS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came on for a probation revocation hearing on October 24, 2014, at which the defendant executed a waiver of the hearing. The court heard testimony from U. S. Probation regarding the defendant's record of compliance.

Upon due consideration of the testimony, and the arguments of counsel, and the representations of the defendant, the court declines to revoke the defendant's term of probation at this time, and hereby continues the hearing to allow the defendant another opportunity to comply with her conditions of probation.

The probation revocation hearing is hereby **CONTINUED** to **December 15, 2014 at 1:00 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama. U. S. Probation is **ORDERED** to file a report on the defendant's compliance with her conditions of release on **December 8, 2014**. If the defendant is in full compliance, then the petition for revocation will be dismissed, and the revocation hearing will be cancelled.

**DONE and ORDERED** this the 24th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE